STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Plaintiff Social Positioning Input Systems, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SOCIAL POSITIONING INPUT SYSTEMS, LLC**, <br><br> *Plaintiff,* <br><br> v. <br><br> **PARTICLE INDUSTRIES, INC.,** <br><br> *Defendant.* | CASE NO. 3:21-cv-00464 <br><br> **CORPORATE DISCLOSURE STATEMENT** <br><br> **JURY TRIAL DEMANDED** |

Pursuant to Civil L.R. 3-15, Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for SOCIAL POSITIONING INPUT SYSTEMS, LLC, a private non-governmental property, certifies that the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the plaintiff as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the plaintiff's outcome in the case are below:

Patent Asset Management.

Dated: January 20, 2021          Respectfully submitted,

         */s/ Stephen M. Lobbin*
         Stephen M. Lobbin
         sml@smlavvocati.com
         SML AVVOCATI P.C.
         888 Prospect Street, Suite 200
         San Diego, California 92037
         (949) 636-1391 (Phone)

         ***Attorney(s) for Plaintiff Social Positioning Input Systems, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2021, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

         */s/ Stephen M. Lobbin*
         Stephen Lobbin