UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC, | Case No.21-cv-00464-JST |
| Plaintiff, | **CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE** |
| v. | Re: Dkt. No. 9 |
| PARTICLE INDUSTRIES, INC., | |
| Defendant. | |

**YOU ARE NOTIFIED THAT** a Case Management Conference is set for April 20, 2021 at 2:00 P.M. before the Honorable JON S. TIGAR.  The Joint Case Management Conference Statement is due April 13, 2021 by 5:00 P.M.

Please report to Courtroom 6, 2nd Floor, Ronald Dellums Federal Building, 1301 Clay Street, Oakland, CA 94612.

Dated: February 18, 2021

Susan Y. Soong
Clerk, United States District Court

By:_____
Mauriona Lee, Deputy Clerk to the
Honorable JON S. TIGAR
510-637-3530

United States District Court
Northern District of California