UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SOCIAL POSITIONING INPUT SYSTEMS, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>TRULITE TRACE, INC.,<br><br>        Defendant. | Case No. 20-cv-07362-JST<br><br>**ORDER OF RECUSAL** |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>AZUGA, INC.,<br><br>        Defendant. | Case No. 20-cv-08845-JST |
| SOCIAL POSITIONING INPUT SYSTEMS, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>PARTICLE INDUSTRIES, INC.,<br><br>        Defendant. | Case No. 21-cv-00464-JST |

Finding myself disqualified, I hereby recuse myself from these cases and request that they be reassigned pursuant to the Assignment Plan. All pending hearing dates are hereby vacated and will be reset by the newly assigned judge.

**IT IS SO ORDERED**.

Dated: March 22, 2021

_____
JON S. TIGAR
United States District Judge