1

2

3

4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6

7   SOCIAL POSITIONING INPUT               Case No.  21-cv-00464-WHO
    SYSTEMS, LLC,
8
                    Plaintiff,             **ORDER TO SHOW CAUSE RE
9                                          SERVICE**
           v.
10
    PARTICLE INDUSTRIES, INC.,
11
                    Defendant.
12

13          Plaintiff Social Positioning Input Systems, LLC ("Social Positioning") filed this action on

14   January 20, 2021.  Dkt. No. 1.  Defendant Particle Industries, Inc. remains unserved.  Pursuant to

15   Federal Rule of Civil Procedure 4(m), "If a defendant is not served within 90 days after the

16   complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss

17   the action without prejudice against that defendant or order that service be made within a specified

18   time.  But if the plaintiff shows good cause for the failure, the court must extend the time for

19   service for an appropriate period."  Fed. R. Civ. P. 4(m).  Social Positioning is reminded to serve

20   defendant in a timely manner in accordance with the rules.

21          The Case Management Conference is continued from April 20, 2021 to June 22, 2021 at 2

22   p.m.  The Joint Case Management Statement is due June 15, 2021.

23          **IT IS SO ORDERED.**

24   Dated: April 5, 2021

25                                              

26                                              William H. Orrick
                                                United States District Judge
27

28

United States District Court
Northern District of California