```
 1  Stephen M. Lobbin (181185)
    STEPHEN M. LOBBIN
 2  sml@smlavvocati.com
    SML AVVOCATI P.C.
 3  888 Prospect Avenue, Suite 200
    San Diego, California 92037
 4  Telephone: (949) 636-1391

 5  Attorney(s) for Plaintiff
    SOCIAL POSITIONING INPUT SYSTEMS, LLC
 6

 7  COOLEY LLP
    REUBEN H. CHEN (228725) (rchen@cooley.com)
 8  LAM K. NGUYEN (265285) (lnguyen@cooley.com)
    3175 Hanover Street
 9  Palo Alto, CA  94304-1130
    Telephone:   (650) 843-5000
10  Facsimile:   (650) 849-7400

11  Attorneys for Defendant
    PARTICLE INDUSTRIES, INC.
12
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>PARTICLE INDUSTRIES, INC.,<br>  Defendant.<br><br>  Defendant. | Case No.  3:21-cv-00464-JST<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND CASE MANAGEMENT CONFERENCE RELATED DATES; [PROPOSED ORDER]** |

WHEREAS, Plaintiff Social Positioning Input Systems, LLC ("SPIS") filed its Complaint in this action on January 20, 2021 (Dkt. No. 1);

WHEREAS Defendant Particle Industries, Inc. ("Particle") was served on March 23, 2021 and

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1.

STIP TO EXTEND TIME TO RESPOND TO COMPLAINT
AND CMC RELATED DATES; PROPOSED ORDER
CASE NO. 21-CV-00464-JST

1  accordingly any response to the Complaint is currently due April 13, 20201;

2  WHEREAS, the parties have conferred on a date to respond to the complaint;

3  WHEREAS, the parties have agreed that Particle shall have up to and including May 13, 2021,
4  to respond to the Complaint.

5  NOW, THEREFORE, pursuant to Civil Local Rule 6-1(a), the Parties hereby stipulate that
6  Particle has up to and including May 13, 2021 to respond to the Complaint.

7  WHEREAS, the Parties hereby stipulate and respectfully request pursuant to Civil Local
8  Rule 6-2 that the Court continue the Initial Case Management Conference in this case from April 20,
9  2021, to July 13, 2021 or the next available date thereafter that is convenient to the Court, for the
10 reasons explained below:

11  1. On February 18, 2021, the Court scheduled an Initial CMC for April 20, 2021 (ECF
12 No. 10).

13  2.  On February 18, 2021, the Court indicated that the Joint Case Management Conference
14 Statement is due April 13, 2021 by 5:00 P.M. (ECF No. 10).

15  3.  Due to the request for extension of time to Respond to the Complaint, the parties have
16 agreed to this stipulated request to continue the Initial Case Management Conference and the Joint
17 Case Management Conference Statement to July 13, 2021 or the next available date thereafter.

18  4.  The parties believe that the extension will provide the necessary time for the parties to
19 attempt to resolve the case without the Court's intervention.

20  5.  There have been no other previous time modifications in the case and there will no
21 other effect on the schedule of the case due to the stipulated and requested time modifications.

22  THEREFORE, THE PARTIES HEREBY STIPULATE and respectfully request that the
23 Initial Case Management Conference be continued from April 20, 2021 and the due date for the Joint
24 Case Management Conference Statement be continued from April 13, 2021.

25  **IT IS SO STIPULATED.**

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

STIP TO EXTEND TIME TO RESPOND TO COMPLAINT
AND CMC RELATED DATES; PROPOSED ORDER
CASE NO. 21-CV-00464-JST

| | | |
|---|---|---|
| Dated: | April 6, 2021 | SML AVVOCATI P.C.<br>STEPHEN M. LOBBIN (181185)<br><br>*/s/ Stephen M. Lobbin*<br>Stephen M. Lobbin<br>Attorneys for Plaintiff<br>Social Positioning Input Systems, LLC |
| Dated: | April 6, 2021 | COOLEY LLP<br>REUBEN H. CHEN (228725)<br>LAM K. NGUYEN (265285)<br><br>/s/ Reuben H. Chen<br>Reuben H. Chen (228725)<br>Attorneys for Defendant<br>Particle Industries, LLC |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3.

STIP TO EXTEND TIME TO RESPOND TO COMPLAINT
AND CMC RELATED DATES; PROPOSED ORDER
CASE NO. 21-CV-00464-JST

**LOCAL RULE 5-1(i)(3) ATTESTATION**

The undersigned attests that the concurrence in the filing of the foregoing document was obtained from all of its signatories.

Dated: April 6, 2021                                    COOLEY LLP

/s/ *Reuben H. Chen*
Reuben H. Chen (228725)
Attorneys for Defendant
Particle Industries, LLC

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

4.

STIP TO EXTEND TIME TO RESPOND TO COMPLAINT
AND CMC RELATED DATES; PROPOSED ORDER
CASE NO. 21-CV-00464-JST

## [PROPOSED] ORDER

Pursuant to the Stipulation, IT IS SO ORDERED. Particle may have up to and including May 13, 2021 to respond to SPIS's Complaint.

The Court continues the Initial CMC from April 20, 2021 to _____ . The due date for the Joint Case Management Conference Statement shall be continued from April 13, 2021 to _____ .

Dated: _____

                                              The Honorable Jon S. Tigar
United States District Court
Northern District of California

Cooley LLP
Attorneys At Law
Palo Alto

5.

STIP TO EXTEND TIME TO RESPOND TO COMPLAINT
AND CMC RELATED DATES; PROPOSED ORDER
CASE NO. 21-CV-00464-JST