COOLEY LLP
REUBEN H. CHEN (228725)
(rchen@cooley.com)
LAM K. NGUYEN (265285)
(lnguyen@cooley.com)
KYUNG TAECK MINN (334439)
(rminn@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone:   (650) 843 5000
Facsimile:    (650) 849 7400

Attorneys for Defendant
PARTICLE INDUSTRIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC, | Case No. 3:21-cv-00464-WHO |
| Plaintiffs, | District Judge William H. Orrick |
| v. | **PARTICLE INDUSTRIES' FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT** |
| PARTICLE INDUSTRIES, INC., | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Particle Industries, Inc. ("Particle") hereby states that (i) it has no parent corporation and (ii) no publicly held corporation owns 10% or more of the stock of Particle.

| | |
|---|---|
| 1  Dated:  May 13, 2021 | */s/ Reuben Chen* |
| 2 | Reuben H. Chen (228725) |
|   | (rchen@cooley.com) |
| 3 | Lam K. Nguyen (265285) |
|   | (lnguyen@cooley.com) |
| 4 | Kyung Taeck Minn (334439) |
|   | (rminn@cooley.com) |
| 5 | 3175 Hanover Street |
|   | Palo Alto, California 94304-1130 |
| 6 | Telephone:   (650) 843 5000 |
|   | FACSIMILE:  (650) 849 7400 |
| 7 | |
|   | *Attorneys for Defendant* |
| 8 | PARTICLE INDUSTRIES, INC. |

**PARTICLE INDUSTRIES'**
**FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**        2        NO. 3:21-CV-00464-WHO